UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS TORO, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>-against-<br><br>HEIMIE'S HABERDASHERY, INC.,<br><br>       Defendant. | 23-CV-4184 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On September 27, 2023, the Court ordered the parties to meet and confer to attempt to settle this action no later than October 27, 2023, and to file a joint letter no later than November 14, 2023. ECF No. 15. The parties are ordered to file this letter no later than **December 1, 2023**. The parties are advised that further disregard for Court orders may result in sanctions, including dismissal for failure to prosecute.

Dated: November 29, 2023
   New York, New York

                SO ORDERED.

                *Jessica Clarke*

                JESSICA G. L. CLARKE
                United States District Judge